**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**


**Willian Antonio Beltran Salinas**
        Petitioner

        V.

                                        CIVIL ACTION

                                        NO. **1:26-cv-12631-RGS**


**Hyde et al**
        Respondents


**ORDER OF DISMISSAL**


<u>Stearns, D. J.</u>


     In accordance with the Court's Order entered June 23, 2026 [Doc. No. 10] it is hereby <u>ORDERED</u> that the above-entitled action be and hereby is <u>DISMISSED.</u>


                                         By the Court,


<u>6/23/2026</u>                                        <u>/s/ Jacqueline Martin</u>
    Date                                               Deputy Clerk